**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ANGELA FORTENBERRY**                                          **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 2:16-CV-201-KS-MTP**

**THE INDEPENDENT ORDER OF FORESTERS,**
**EDDIE RUTH BRIDGES, and JOHN DOES 1-5**            **DEFENDANTS**

## ORDER

On December 8, 2016, Plaintiff Angela Fortenberry ("Movant") filed her Motion to Remand to State Court [7]. Defendants ("Respondents") have until on or before **December 22, 2016**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, she may do so on or before **December 29, 2016**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the   13th   day of December, 2016.

                                                                 s/Keith Starrett
                                                                KEITH STARRETT
                                                                UNITED STATES DISTRICT JUDGE